IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Horton, Savoy Tracy | Case Number: 04 B 23113 |
|---|---|---|
| | Horton, Yvonne | Judge: Squires, John H |
| | Printed: 03/10/09 | Filed: 6/17/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 29, 2009
Confirmed: August 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,660.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 3,604.35 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 355.62 |
| Other Funds: | | 0.03 |
| Totals: | 6,660.00 | 6,660.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Capital One | Unsecured | 83.05 | 0.00 |
| 3. | AAA Checkmate LLC | Unsecured | 104.02 | 197.35 |
| 4. | Portfolio Recovery Associates | Unsecured | 931.66 | 1,767.58 |
| 5. | Brother Loan & Finance | Unsecured | 98.16 | 186.23 |
| 6. | Sir Finance Corporation | Unsecured | 182.00 | 345.30 |
| 7. | ECast Settlement Corp | Unsecured | 77.10 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 68.81 | 130.54 |
| 9. | Cingular Wireless | Unsecured | 48.54 | 92.09 |
| 10. | Jefferson Capital | Unsecured | 74.53 | 141.40 |
| 11. | Cingular Wireless | Unsecured | 118.07 | 224.01 |
| 12. | Capital One | Unsecured | 115.92 | 0.00 |
| 13. | Capital One | Unsecured | 174.60 | 0.00 |
| 14. | Cingular Wireless | Unsecured | 95.12 | 180.46 |
| 15. | Providian | Unsecured | 178.91 | 339.39 |
| 16. | Capital One | Unsecured | 79.67 | 0.00 |
| 17. | Peoples Energy Corp | Unsecured | 126.46 | 0.00 |
| 18. | AAA Checkmate LLC | Unsecured | | No Claim Filed |
| 19. | Bank One | Unsecured | | No Claim Filed |
| 20. | Check Into Cash | Unsecured | | No Claim Filed |
| 21. | Health South | Unsecured | | No Claim Filed |
| 22. | Comcast | Unsecured | | No Claim Filed |
| 23. | MCI | Unsecured | | No Claim Filed |
| 24. | Oak Park Hospital | Unsecured | | No Claim Filed |
| 25. | Friedell Clinic | Unsecured | | No Claim Filed |
| 26. | Roseland Community Hospital | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Horton, Savoy Tracy | Case Number: 04 B 23113 | |
| Horton, Yvonne | Judge: Squires, John H | |
| Printed: 03/10/09 | Filed: 6/17/04 | |

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 5,256.62 | $ 6,304.35 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 59.50 |
| 4% | 11.56 |
| 3% | 8.58 |
| 5.5% | 137.26 |
| 5% | 32.33 |
| 4.8% | 21.69 |
| 5.4% | 84.70 |
| 6.6% | 0.00 |
| | $ 355.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

